# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

**United States of America,**

                Plaintiff,

-vs-

**Regina Martin,**

                Defendant.

Case No. 3:14-cr-113

Magistrate Judge Ovington

# ORDER

On oral motion of the United States in open court, pursuant to the plea agreement of the parties and Fed. R. Crim. P. 7(e), and with the Defendant's consent, the charge of Theft, in violation of Title 18 of the United States Code, Section 641, made in Count 1 of the Information is hereby AMENDED to charge Unauthorized Use of Property committed for the purpose of executing a scheme to obtain property, in violation of the Ohio Revised Code, Section 2913.04, a misdemeanor of the first degree.

IT IS SO ORDERED.

Date: _9/2/15_

_____
United States Magistrate Judge

_____
Assistant United States Attorney